STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:     (925) 283-3842
Facsimile:     (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com
MPalau@MallisonLaw.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL VELASCO, ELIESER and SERRANO, NICOLAS VELASCO, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MIS AMIGOS MEAT MARKET, INC, URIEL GONZALEZ and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C:08-cv-00520-WBS-EFB<br><br>REQUEST FOR ENTRY OF CLERK'S DEFAULT |

REQUEST FOR ENTRY OF CLERK'S DEFAULT          Case No. C:08-cv-00520-WBS-EFB

Plaintiffs MIGUEL VELASCO, ELIESER SERRANO, and NICOLAS VELASCO hereby request that the clerk for the United States District Court for the Eastern District of California enter default in case number C:08-cv-00520-WBS-EFB.  As described below, all of the prerequisites for this default have been satisfied.

**All prerequisites for this default have been satisfied:**

Plaintiffs filed the initial complaint in this case on March 6, 2008.   Mallison Decl. ¶1; Docket #1.  On March 13, 2008, the summons was issued as to both defendants: "Mis Amigos Meat Market, Inc." and "Uriel Gonzalez."  Mallison Decl. ¶2; Docket #5.  On April 16, 2008 Plaintiffs' filed their proofs of service for Mis Amigos Meat Market, Inc. and Uriel Gonzalez which demonstrated that both defendants were served on March 24, 2008.  Mallison Decl.¶3; Docket #6, 7.  The clerk calculated the date for both Defendants' answer to be April 14, 2008.  Mallison Decl. ¶4, Docket #6, 7.  On April 21, 2008, Plaintiffs filed duplicate/amended proofs of service of summons which provided the exact time of service and clarified that defendant Uriel Gonzalez was served both individually and on behalf of defendant Mis Amigos Meat Market, Inc..  Mallison Decl. ¶5; Docket # 8, 9.

There has been no appearance by either of the two Defendants in this case, Mis Amigos Meat Market, Inc. or Uriel Gonzalez.  Mallison Decl. ¶6.  Mr. Uriel Gonzalez is the owner of Mis Amigos and agent for service of process.  Mallison Decl. ¶7.  Neither Uriel Gonzalez nor Mis Amigos is represented by counsel for this litigation.  Mallison Decl. ¶8.  Plaintiffs counsel has talked to Mr. Uriel to discuss this litigation when it was first served in March.  Since that time Plaintiffs' counsel has repeatedly left messages for Mr. Uriel regarding various aspects of this case.  Mallison Decl ¶9.   For example, Mr. Mallison left messages on his message machine at his business on April 11, 2008 and April 14, 2008 to meet and confer regarding the proposed discovery plan as required by FRCP 26(f) and as required by this court's March 13, 2008 Order

Setting Status Pretrial Scheduling Conference. Mallison Decl. ¶10. On April 15, 2008 and thereafter Mr. Mallison left messages to discuss the meet and confer, as well as to request that Defendants inform Plaintiffs whether defendant was going to respond to the complaint. Mallison Decl. ¶11. Mr. Mallison informed Defendants during these messages that Plaintiffs would be forced to default Defendants. Mallison Decl. ¶12. Defendants have failed to respond to any of these inquiries. Mallison Decl. ¶13. Defendants have failed to answer this complaint and Defendants' answer was due on April 14, 2008.

**Conclusion:**

Plaintiffs therefore request that an entry of clerks default as against both defendants on behalf of plaintiffs

Dated: April 21, 2008

LAW OFFICES OF MALLISON & MARTINEZ

By: __/s/ Stan Mallison__
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Attorneys for all Plaintiffs

- 3 -

Proof of Service    Case No. C:08-cv-00520-WBS-EFB

MIGUEL VELASCO, ELIESER and SERRANO, NICOLAS VELASCO, individually and acting in the interest of other current and former employees
vs.
MIS AMIGOS MEAT MARKET, INC, URIEL GONZALEZ and DOES 1 through 20, inclusive,

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

Case No. C:08-cv-00520-WBS-EFB

**(PROOF OF SERVICE BY MAIL)**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF CONTRA COSTA  )

    I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 1042 Brown Avenue, Lafayette, California, 94549.

    On April 21, 2008, I served the foregoing document described as**,**

REQUEST FOR ENTRY OF CLERK'S DEFAULT

DECLARATION OF STAN S. MALLISON IN SUPPORT OF REQUEST FOR ENTRY OF CLERK'S DEFAULT

    By placing **a true and correct copy** enclosed in a sealed envelope addressed as follow:

**Uriel Gonzalez &**  
**Mis Amigos Meat Market, Inc.**  
**3005 Willow Pass Road, Bay Point, Ca 94565**

**Uriel Gonzalez &**  
**Mis Amigos Meat Market, Inc.**  
**1072 Via Alta, Lafayette, CA 94549**

By mailing as follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Lafayette, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

    Executed on April 21, 2008**,** at Lafayette, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                  /s/ Stan Mallison
                                  Stan S. Mallison