STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:   (925) 283-3842
Facsimile:    (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com
MPalau@MallisonLaw.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL VELASCO, ELIESER and SERRANO, NICOLAS VELASCO, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MIS AMIGOS MEAT MARKET, INC, URIEL GONZALEZ and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C:08-cv-00520-WBS-EFB<br><br>PLAINTIFFS' REQUEST FOR CONTINUANCE OF THE JULY 14, 2008 SCHEDULING CONFERENCE, AND ~~PROPOSED~~ ORDER |

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Suite A
Lafayette, CA 94549
925.283.3842

Plaintiffs' Request for Continuance and Proposed Order

For good cause stated below, Plaintiffs hereby request that the Court continue the scheduling conference currently set for July 14, 2008 to August 25, 2008 at 2:00 p.m.

Background

On or about April 21, 2008 Plaintiffs requested entry of default against Defendants Mis Amigos Meat Market, Inc. and Uriel Gonzalez. The clerk entered default against these defendants on April 24, 2008. On its own motion, the Court continued a previously scheduled conference to July 14, 2008, pending Plaintiffs' filing of a motion for judgment against the defaulted parties.

Good Cause

There is good cause to continue the scheduling conference currently set for July 14, 2008. Upon entry of default, Plaintiffs promptly sought to obtain the necessary evidence to support their motion for judgment and present at a prove-up hearing. However, the documents requested have not been produced, and Defendants have requested an extension of time to comply with a subpoena duces tecum that Plaintiffs served.

Whereas Plaintiffs have not yet obtained necessary documents from the defaulted parties, and the defaulted parties have requested an extension to comply with Plaintiffs' subpoena duces tecum, Plaintiffs request that this Court continue the scheduling conference currently calendared for July 14, 2008 to August 25, 2008 at 2:00 p.m. in Courtroom 5 before the Honorable William B. Shubb, pending Plaintiffs' filing of a motion for judgment on defaulted Defendants Mis Amigos Market, Inc. and

- 2 -

Plaintiffs' Request for Continuance and Proposed Order

1  Uriel Gonzalez, or to continue the scheduling conference to a date the Court deems
2  proper.
3          Respectfully submitted,
4  Dated: July 8, 2008                    LAW OFFICES OF MALLISON & MARTINEZ
5
6
7
8                                         By:    /s/ Marco A. Palau
9                                                Marco A. Palau, Attorney for Plaintiffs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Suite A
Lafayette, CA 94549
925.283.3842

- 3 -
Plaintiffs' Request for Continuance and Proposed Order

Pursuant to Plaintiffs' request and good cause appearing, the Court makes the following order:

The scheduling conference currently set for July 14, 2008 is continued to August 25, 2008 at 2:00 p.m. in Courtroom 5 before the Honorable William B. Shubb, pending Plaintiffs' filing a motion for judgment on defaulted Defendants Mis Amigos Market, Inc. and Uriel Gonzalez.

IT IS SO ORDERED.

Dated: July 8, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Plaintiffs' Request for Continuance and Proposed Order

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Suite A
Lafayette, CA 94549
925.283.3842

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF CONTRA COSTA )

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 1042 Brown Avenue, Lafayette, California 94549.

On July 8, 2008, I served the foregoing document described as:

PLAINTIFFS' REQUEST FOR CONTINUANCE OF THE JULY 14, 2008 SCHEDULING CONFERENCE, AND PROPOSED ORDER

on *Interested Parties at the following* addresses:

| | |
|---|---|
| Mis Amigos Meat Market, Inc.<br>Uriel Gonzalez (Defendant & Agent for Service of Process)<br>1072 Via Alta<br>Lafayette, CA 94549 | Mis Amigos Meat Market, Inc.<br>3005 Willow Pass Rd.<br>Bay Point, CA 94565 |
| Defendants | Defendant |

**[X]** **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Lafayette, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

**[ ]** **BY PERSONAL DELIVERY:** I placed each for delivery in an envelope for personal delivery by _____ to be delivered same day.

**[ ]** **BY FACSIMILE:** I am readily familiar with this firm's practice of transmitting documents via facsimile. Under that practice it would be transmitted from (925) 283-3426 to those facsimile numbers set forth above.

**[X]** **STATE:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 8, 2008 at Lafayette, California.

/s/ Marco A. Palau

- 5 -

Plaintiffs' Request for Continuance and Proposed Order

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Suite A
Lafayette, CA 94549
925.283.3842