STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone:    (925) 283-3842
Facsimile:     (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com
MPalau@MallisonLaw.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL VELASCO, ELIESER SERRANO and NICOLAS VELASCO, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MIS AMIGOS MEAT MARKET, INC, URIEL GONZALEZ and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C:08-cv-00520-WBS-EFB<br><br>PLAINTIFFS' REQUEST FOR CONTINUANCE OF THE AUGUST 25, 2008 SCHEDULING CONFERENCE, AND ~~PROPOSED~~ ORDER |

---

Plaintiffs' Request for Continuance and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

For good cause stated below, Plaintiffs hereby request that the Court continue the scheduling conference currently set for August 25, 2008 to November 3, 2008 at 2:00 p.m.

On or about April 21, 2008 Plaintiffs requested entry of default against Defendants Mis Amigos Meat Market, Inc. and Uriel Gonzalez. The clerk entered default against these defendants on April 24, 2008. On its own motion, the Court continued a previously scheduled conference to July 14, 2008, pending Plaintiffs' filing of a motion for judgment against the defaulted parties.

On June 24, 2008, Defendant Mis Amigos Meat Market, Inc. ("Mis Amigos") was personally served with a subpoena duces tecum seeking document necessary to establish damages for purposes of Plaintiffs' motion for judgment. Pursuant to the subpoena, production of documents was set for July, 10, 2008, but extended the to July 23, 2008 per request of Mis Amigos, which needed additional time to gather the requested documents. Mis Amigos failed to comply with the subpoena and did not produce any documents.

Plaintiffs have subsequently discussed production of documents with Mis Amigos and have amended the subpoena so as to order production on a new date and different place. Before filing their motion for judgment, Plaintiffs need to obtain documents to calculate and prove-up damages.

For the foregoing reasons, Plaintiffs request that the scheduling conference be continued to November 3, 2008 at 2:00 p.m. in Courtroom 5 before the Honorable William B. Shubb, pending Plaintiffs' filing of a motion for judgment on defaulted

Defendants Mis Amigos Market, Inc. and Uriel Gonzalez, or to continue the scheduling conference to a date the Court deems proper.

    Respectfully submitted,

Dated: August 20, 2008        LAW OFFICES OF MALLISON & MARTINEZ

        By:   /s/ Marco A. Palau

        Marco A. Palau, Attorney for Plaintiffs

Pursuant to Plaintiffs' request and good cause appearing, the Court makes the following order:

The scheduling conference currently set for August 25, 2008 is hereby continued to November 3, 2008 at 2:00 p.m. in Courtroom 5, pending Plaintiffs' filing of a motion for judgment on defaulted Defendants Mis Amigos Market, Inc. and Uriel Gonzalez.

IT IS SO ORDERED.

Dated: August 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com