UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MIGUEL VELASCO, ELIESER
SERRANO and NICOLAS VELASCO,            NO. CIV. 08-520 WBS EFB
individually and acting in the
interest of other current and
former employees,                       ORDER

            Plaintiffs,

      v.

MIS AMIGOS MEAT MARKET, INC,
URIEL GONZALEZ and DOES 1
through 20, inclusive,

            Defendants.
_____/

----oo0oo----

            On March 30, 2009, a hearing was held on the Huddleston
Law Group's motion to withdraw as attorney of record for
defendants Mis Amigos Meat Market, Inc. and Uriel Gonzalez.
Although the court instructed defendant Uriel Gonzalez to be
present at the hearing, he did not attend.  The motion to
withdraw as counsel is hereby continued to April 13, 2009.
Defendant Uriel Gonzalez is ORDERED to personally appear at 2:00
p.m. in Courtroom 5 on April 13, 2009.  Failure to comply with

1

this Order may result in appropriate sanctions.

IT IS SO ORDERED.

DATED: March 31, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE