JOAN E. PRESKY, ESQ., SBN 144272
ROBERT A. HUDDLESTON, ESQ., SBN 83662
**HUDDLESTON LAW GROUP**
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 947-0100
Facsimile:  (925) 947-0111

Attorneys for Defendants
MIS AMIGOS MEAT MARKET, INC.
and URIEL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL VELASCO, ELIESER SERRANO, NICOLAS VELASCO, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>MIS AMIGOS MEAT MARKET, INC. and URIEL GONZALEZ,<br><br>Defendants. | **CASE NO. 2:08-cv-00520-WBS-EFB**<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>**Action Filed: March 6, 2008** |

MIS AMIGOS MEAT MARKET, INC., ("MIS AMIGOS"), on the one hand, and plaintiffs, on the other hand, enter into this Stipulated Protective Order, Confidentiality and Non-Disclosure Agreement ("Order") for the purpose of protecting the confidentiality of documents ("Covered Documents") produced in the course of this action and proceedings between these parties ("the action") which contain confidential and/or proprietary information.

Documents subject to this Stipulated Protective Order are to be produced pursuant to an order issued by the Hon. Claudia Wilkin in the United States District Court, Northern District, Case No. 4:08-mc-80192 CW. However, the documents will be utilized in connection with the prosecution, defense and settlement of the parties' main action, which is pending in the United States

1
STIPULATED PROTECTIVE ORDER
G:\DOCS\SHU\DSHU2\inBOX\Signed\08cv520 Velasco - Stipulated Protective Order.wpd/mh

HUDDLESTON LAW GROUP
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111

1  District Court, Eastern District, Case No. 2:08-cv-0050- WBS-EFB.  Accordingly, this Stipulated
2  Protective Order is being entered in the main action.
3      The parties agree as follows:
4      1.  All documents that mention or relate to pay, payroll, and/or finances of MIS
5  AMIGOS employees other than the named plaintiffs that are produced, disclosed or referred to in
6  the course of this action shall constitute Covered Documents and shall not be disclosed to any person
7  except as herein provided.  Any documents outside these specified categories that MIS AMIGOS
8  deems to be Covered Documents will be so designated by communication to plaintiffs' counsel and
9  shall not be disclosed to any person except as herein provided.
10      2.  Each person or party who receives copies of Covered Documents agrees to be bound
11  by the terms of this Order.
12      3.  In connection with the taking of any deposition, any person to whom Covered
13  Documents are shown shall acknowledge receipt of a copy of this Order, and shall agree that s/he
14  will be bound by the terms of this Order,.
15      4.  Except as  may otherwise be provided by this Order or further order of the Court, or
16  the express written stipulation of all parties hereto, Covered Documents shall be disclosed only to:
17      (a)  Counsel of record for each party in this action;
18      (b)  The authorized administrative and legal assistant staffs of each party's
19      counsel assigned to assist such counsel in this action; and
20      (c)  Independent experts and consultants retained in and for the purpose of this
21      action.
22      (d)  Covered documents pertaining to a particular employee may be shown to that
23      employee.  However, counsel agrees that in showing that employee's
24      documents to that employee, counsel will redact, cover or otherwise prevent
25      disclosure of information pertaining to another, different employee.  That is,
26      employee "Jane Doe" may be shown a document with her information on it,
27      but only the portion with her information on it, and not portions of that
28      document that has the information of another employee.

5.  No person receiving Covered Documents shall disclose them or any portion of them to any person other than those described in Paragraph 4. Covered Documents shall be used solely for the purpose of prosecuting, defending or settling this action. In no event shall any person listed in Paragraph 4 make any other use of such documents. Counsel for the parties shall be responsible for obtaining the prior written agreement of all persons to whom Covered Documents are disclosed to be bound by the terms of this Order, except that such prior written agreement shall not be required from the authorized attorneys, administrative and legal assistant staffs of each party's counsel assigned to assist them in this action. Such written agreement shall be obtained by such counsel's securing the signature of any recipient of such information to a copy of this Order, after such counsel has had the recipient read the Order and explained the contents thereof.

6.  In the event anyone shall violate any terms of this Order, the parties agree that any of them may immediately apply to the Court (Hon. William B. Shubb, United States District Court, Eastern District) for appropriate injunctive, equitable and/or monetary relief. The parties and other persons subject to the terms of this Order agree that that Court shall have jurisdiction over it and them for the purpose of enforcing this Order. As used throughout this Stipulated Protective Order, "Court" shall refer to the Hon. William B. Shubb.

7.  Upon the final termination of the litigation, including any appeal(s), counsel for each party shall return to counsel for the opposing party(ies) all of the documents which have been produced by the party, all copies thereof and all summaries or compilations of information derived from such documents, except that notes, summaries, or memoranda of counsel, including their administrative and legal assistant staffs, relating to documents of any other party or to information taken from such documents, may be retained by the parties' counsel, in which case confidentiality shall be maintained in accordance with the provisions of this Order.

8.  Nothing contained herein shall limit the right of any party to seek, formally or informally, additional confidentiality protection with respect to individual documents or types of documents if that should become necessary later in this action.

////

////

9. The parties agree that the terms of this Stipulated Protective Order apply retroactively to all Covered Documents produced prior to this Stipulated Protective Order being executed and approved by the Court.

10. The transmittal of Covered Documents to the Court, including its personnel, during the course of any hearing or trial in this action, shall not constitute a violation of this Stipulated Protective Order. However, all Covered Documents shall be submitted to the Court sealed or otherwise designated as protected, so that they do not become available to the public, and so that they retain their protected status.

DATED:   3/19/09         **HUDDLESTON LAW GROUP**

By   /s/
JOAN E. PRESKY, ESQ.,
Attorneys for Defendants

DATED:   3/19/09         **MALLISON & MARTINEZ**

By   /s/
STANLEY S. MALLISON, ESQ.
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: April 1, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**HUDDLESTON LAW GROUP**
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111