IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL VELASCO, ELIESER SERRANO,
NICOLAS VELASCO, individually and acting
in the interest of other current and former
employees,

        Plaintiffs,

vs.

MIS AMIGOS MEAT MARKET, INC,
and URIEL GONZALEZ,

        Defendants.

No. CIV. S-08-0520 WBS EFB

AMENDED ORDER

---

        Defendants' motion to set aside entry of default came on for hearing before the assigned magistrate judge on December 3, 2008. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On March 16, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed March 16, 2009, are adopted in full; and

2. Defendants' motion to set aside the Clerk's entry of default, Dckt. No. 18, is GRANTED.

DATED: April 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE