1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIGUEL VELASCO, ELIESER SERRANO,
     NICOLAS VELASCO, individually and acting
11   in the interest of other current and former
     employees,

12
              Plaintiffs,                    CIV. NO. S-08-0520 WBS EFB PS
13        vs.

14   MIS AMIGOS MEAT MARKET, INC,
     and URIEL GONZALEZ,
15
              Defendants.                    ORDER
16   _____/

17        Following withdrawal of defendants' counsel, the district judge has referred this action to

18   the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21).  *See* 28 U.S.C.

19   § 636(b)(1).

20        Accordingly, IT IS HEREBY ORDERED that:

21        1.  A Status (Pretrial Scheduling) Conference is set for June 10, 2009 at 10:00 a.m. in

22   Courtroom No. 25 before the undersigned.

23        2.  On or before May 27, 2009, the parties shall file status reports[1] addressing the

24   following:

25   _____

26        [1]  The parties are encouraged, when possible, to file a joint status report.

1

a. Service of process;

b. Possible joinder of additional parties;

c. Expected or desired amendment of pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and their scheduling;

f. The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g. Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy, and the status of any related proceedings in the U.S. District Court for the Northern District of California;

l. Whether a settlement conference should be scheduled;

m. Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge;

n. Any other matters that may add to the just and expeditious disposition of this matter;

3. Failing to obey federal or local rules, or order of this court, may result in dismissal of this action. Even though the court will construe pro se pleadings liberally, pro se litigants must comply with the procedural rules.

4. Plaintiff and counsel are reminded of their continuing duty to notify chambers

immediately of any settlement or other disposition.  <u>See</u> L.R. 16-160.  In addition, the parties are cautioned that pursuant to Local Rule 78-230(c), opposition to granting of a motion must be filed fourteen (14) days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

5.  The parties may consent to have this case before the assigned magistrate judge for all purposes.  <u>See</u> 28 U.S.C. § 636(c).  A consent form is attached.  Any party who consents should complete the form and return it to the Clerk.  Unless all parties have consented, no judge will be notified that a consent form has been filed.

IT IS SO ORDERED.

DATED:  April 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE