STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:   (925) 283-3842
Facsimile:   (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com
MPalau@MallisonLaw.com

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL VELASCO, ELIESER SERRANO, and NICOLAS VELASCO, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MIS AMIGOS MEAT MARKET, INC, URIEL GONZALEZ and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C:08-cv-00520-WBS-EFB<br><br>REQUEST FOR ENTRY OF CLERK'S DEFAULT |

REQUEST FOR ENTRY OF CLERK'S DEFAULT                Case No. C:08-cv-00520-WBS-EFB

Plaintiffs MIGUEL VELASCO, ELIESER SERRANO, and NICOLAS VELASCO hereby request that the clerk for the United States District Court for the Eastern District of California enter default in case number C:08-cv-00520-WBS-EFB.  As described below, all of the prerequisites for this default have been satisfied.

**All prerequisites for this default have been satisfied:**

Plaintiffs filed the initial complaint in this case on March 6, 2008.   Declaration of Hector R. Martinez in Support of Request for Entry of Clerk's Default ("Martinez Decl.") ¶1.  On March 13, 2008, the summons was issued as to both defendants: "Mis Amigos Meat Market, Inc." and "Uriel Gonzalez."  Martinez Decl. ¶2.  On April 16, 2008 Plaintiffs' filed their proofs of service for Mis Amigos Meat Market, Inc. and Uriel Gonzalez which demonstrated that both defendants were served on March 24, 2008.  Martinez Decl. ¶3.  The clerk calculated the date for both Defendants' answer to be April 14, 2008.  Martinez Decl. ¶4.  On April 21, 2008, Plaintiffs filed duplicate/amended proofs of service of summons which provided the exact time of service and clarified that defendant Uriel Gonzalez was served both individually and on behalf of defendant Mis Amigos Meat Market, Inc.  Martinez Decl. ¶5.

Defendants in this case, Mis Amigos Meat Market, Inc. or Uriel Gonzalez, have previously defaulted in this action and are thus aware of the consequences of not responding to Plaintiffs' complaint.  Martinez Decl. ¶6, 8.  Mr. Uriel Gonzalez is the owner of Mis Amigos and agent for service of process.  Mallison Decl. ¶7.  Although both Defendants had counsel at one point in the litigation, they have since withdrawn as attorneys for Defendants.  Martinez. Decl. ¶9, 10, 11.  The Court entered its amended order setting aside the default on April 13, 2009. Martinez. Decl. ¶7.  Now, neither Uriel Gonzalez or Mis Amigos are represented by counsel for this litigation.  Martinez. Decl. ¶12.  Plaintiffs counsel has spoken to Mr. Uriel, who informed Plaintiffs' counsel that defendants would not be filing an answer and that Plaintiffs' counsel should do what he

- 2 -

needed to do.  Martinez. Decl. ¶13.  To date, Defendants have not answered the complaint or filed any other responsive pleading.

**Conclusion:**

Plaintiffs therefore request that an entry of clerks default as against both Defendants on behalf of Plaintiffs.

Dated:  May 26, 2008

                                    LAW OFFICES OF MALLISON & MARTINEZ

                                    By:   /s/  Hector R. Martinez
                                            Stan S. Mallison, Esq.
                                            Hector R. Martinez, Esq.
                                            Marco A. Palau, Esq.
                                            Attorneys for all Plaintiffs

VELASCO, et al. v. MIS AMIGOS MEAT MARKET, INC, et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. C:08-cv-00520-WBS-EFB

**(PROOF OF SERVICE BY MAIL)**

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF CONTRA COSTA )

    I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 1042 Brown Avenue, Lafayette, California, 94549.

    On May 26, 2009, I served the foregoing document described as**,**

REQUEST FOR ENTRY OF CLERK'S DEFAULT

DECLARATION OF HECTOR R. MARTINEZ IN SUPPORT OF REQUEST FOR ENTRY OF CLERK'S DEFAULT

    By placing **a true and correct copy** enclosed in a sealed envelope addressed as follow:

| | |
|---|---|
| **Uriel Gonzalez &** | **Uriel Gonzalez &** |
| **Mis Amigos Meat Market, Inc.** | **Mis Amigos Meat Market, Inc.** |
| **3005 Willow Pass Road, Bay Point, Ca 94565** | **1072 Via Alta, Lafayette, CA 94549** |

    By mailing as follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Lafayette, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

    Executed on May 26, 2009**,** at Lafayette, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                               /s/ Hector R. Martinez
                                               Hector R. Martinez