1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIGUEL VELASCO, ELIESER SERRANO,
     NICOLAS VELASCO, individually and acting
11   in the interest of other current and former
     employees,
12
                  Plaintiffs,              CIV. NO. S-08-0520 WBS EFB PS
13
                  vs.
14
     MIS AMIGOS MEAT MARKET, INC.,
15   and URIEL GONZALEZ,

16                Defendants.              ORDER TO SHOW CAUSE

17   _____/

18          This matter was before the court on June 10, 2009 for a status conference.  Attorney

19   Stanley Mallison, Esq., appeared on behalf of plaintiffs.  In violation of the court's order, Rule

20   16 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and Local Rule 16-240,

21   defendants failed to appear.

22          The court's order of April 22, 2009, ordered the parties to file status reports on or before

23   May 27, 2009.  Plaintiffs timely filed a status report.  In violation of the court's order, Fed. R.

24   Civ. P 16, and Local Rule 16-240 defendants failed to file a status report.  Significantly,

25   paragraph 3 of the April 22, 2009 order admonished the parties that "[f]ailing to obey federal or

26   local rules, or order of this court, may result in dismissal of this action.  Even though the court

                                          1

1  will construe pro se pleadings liberally, pro se litigants must comply with the procedural rules."[1]

2  Although defendants failed to submit a report by the due date of May 27, the court reminded the

3  parties of the hearing by minute order filed May 28, 2009, and again directed the parties to file

4  separate status reports and extended the date to do so to "on or before Thursday, 6/4/2009."

5       Defendants failure to comply with this court's orders and the federal and local rules

6  subject them to "any and all sanctions authorized by statute or Rule or within the inherent power

7  of the Court."  E. D. Cal. L. R. 11-110.  In light of the defendants' failure to file their report as

8  ordered, and their failure to appear at the scheduling conference, as ordered, defendants are now

9  ordered to show cause why sanctions should not be imposed against them for their violation of

10  this court's orders and the federal and local rules.

11       It is further noted that the defendants still have not filed an answer to the complaint,

12  notwithstanding their prior motion to set aside their default.  Given the history of that motion, the

13  continued failure to respond to the complaint is dismaying.  On March 16, 2009, after hearing

14  the defendants' motion to set aside the default, this court recommended that the Clerk's first

15  entry of default be set aside and that defendants be required to file their answer within 20 days.

16  Dckt. No. 47.  Those findings and recommendations were adopted on April 2, 2009.  Dckt. No.

17  54.  Although an amended order filed on April 13, 2009, Dckt. No. 55, did not include a deadline

18  within which to answer, defendants have now had more than adequate time to prepare and file an

19  answer.  Rule 12 requires a defendant to respond to the complaint within twenty days of having

20  been served.  The returns on the summons issued in this case show that service was completed

21  on March 24, 2008.  The order setting aside the previous entry of default was filed in April 2009.

22  Even discounting the lengthy period of time addressed in the motion to set aside that default,

23  defendants have enjoyed a generous, if not excessive period of time to respond and several

24

25       [1]  Following the order granting former defense counsel's motion to withdraw, Defendant
Uriel Gonzalez now proceeds in this action *pro se*, and no counsel has been designated to represent
defendant Mis Amigos Meat Market, Inc, a corporation which is prohibited from proceeding in *pro
26  se*.

1   factors now indicate that defendants do not intend to defend this case.  Plaintiffs' co-counsel,

2   Hector Martinez, stated in his declaration in support of plaintiffs' recent request for entry of

3   default that, "[o]n or about May 7, I spoke to Defendant Uriel Gonzalez and inquired whether he

4   and Mis Amigos would be filing an answer.  Mr. Gonzalez informed me that he was

5   considering bankruptcy, that he would not be filing an answer, and that I should do whatever I

6   needed to do."  Declaration of Hector R. Martinez, Dckt. No. 59, at p. 3.  Since the prior ruling

7   setting aside defendants' default the plaintiffs have again requested the Clerk to enter

8   defendants' default, Dckt. Nos. 58, 59, and the Clerk entered the default of both defendants on

9   June 1, 2009, Dckt. No. 61.  Defendants' failure to file a status report and failure to appear at the

10  conference, as ordered, suggests that they have, indeed, abandoned their defense of the action.

11  Although defendants were not provided a specific deadline within which to file their answer after

12  the setting aside of their default, they have had adequate time to obtain new counsel and to file

13  an answer.  Accordingly, defendants are now ordered to file a response to the complaint on or

14  before June 18, 2009.

15      Should defendants timely respond with a showing of good cause for not imposing

16  sanctions, and timely file their answer, the court will set aside the Clerk's recent entry of default.

17  However, should defendants fail to respond and/or fail to demonstrate good cause, or fail timely

18  to file their answer, this court will treat the their lack of response as an abandonment of any

19  defense of the action and impose sanctions as appropriate, including payment of the travel and

20  appearance expenses of plaintiffs' counsel at the status conference that defendants failed to

21  attend, and a recommendation for entry of default judgment.

22      Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:

23      1.  Defendants shall show cause, in writing, on or before June 18, 2009, why sanctions

24  should not be imposed upon them for their failure to file a status report, or appear at the June 10,

25  2009 status conference, as ordered by this court on April 22, 2009, and May 28, 2009.

26  ////

3

2.  Defendants shall, on or before June 18, 2009, file and serve their answer to the complaint.

SO ORDERED.

DATED:  June 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE