IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VELASCO, ELIESER SERRANO, NICOLAS VELASCO, individually and acting in the interest of other current and former employees,<br><br>        Plaintiffs,<br><br>   vs.<br><br>MIS AMIGOS MEAT MARKET, INC., and URIEL GONZALEZ,<br><br>        Defendants.<br>_____/ | No. CIV S-08-0520 WBS EFB PS<br><br><br><br><br><br><br><br>ORDER AND<br>ORDER TO SHOW CAUSE |

On June 26, 2009, this case was stayed pending resolution of defendants' bankruptcy petition, case number 09-31871, filed June 10, 2009, in the United States Bankruptcy Court for the Eastern District of California. Dckt. No. 65 at 2 (citing 11 U.S.C. § 362). The June 26, 2009 order directed the parties to "notify the court within ten (10) days of the resolution of the bankruptcy proceedings." *Id.* at 3. According to the June 26, 2009 order, "[t]he matters that remain unresolved in this action are: (a) the failure of defendants to respond to the court's [June 11, 2009] order to show cause, (2) the failure of defendants to file an answer and status report, (3) appropriate sanctions to be levied against defendants, including whether to require reimbursement for the expenses associated with the travel and appearance of plaintiffs' counsel

at the [June 10, 2009 status conference] given defendants failure to inform the court or plaintiffs of the bankruptcy filing, and [whether to recommend entry of] default judgment. These matters shall be addressed upon termination of defendants' bankruptcy proceeding or an order granting relief from the automatic stay." *Id.* at 2-3; *see also* Dckt. No. 64 at 3.

On September 23, 2010, plaintiffs filed a notice of the dismissal of the related bankruptcy proceeding. Dckt. No. 66. The notice states that "on June 8, 2010, the United States Bankruptcy Court, Eastern District of California, dismissed the Debtor Mis Amigos Meat Market, Inc.'s Chapter 11 case, Case No. 09-31871-C-7," and that "on July 23, 2010, said was closed." *Id.* Accordingly, the stay entered by this court on June 26, 2009 will be lifted. *See* 11 U.S.C. § 362(c)(2). However, because none of the parties complied with the June 26 order requiring them to "notify the court within ten (10) days of the resolution of the bankruptcy proceedings," the parties will be ordered to show cause why they should not be sanctioned for that failure, including dismissal of this case and/or the entry of default judgment against defendants. Additionally, the parties will be directed to meet and confer and to file a joint status report indicating the status of this action now that the stay has been lifted and any outstanding issues that must be resolved by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay entered by this court on June 26, 2009 is lifted.

2. On or before October 25, 2010, the parties shall show cause, in writing, why they should not be sanctioned for failing to comply with the June 26 order, including dismissal of this action and/or the entry of default judgment against defendants.

3. On or before October 25, 2010, the parties shall also file a joint status report indicating the status of this action now that the stay has been lifted and any outstanding issues that must be resolved by the court.

Dated: October 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2