1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIGUEL VELASCO, ELIESER SERRANO,
     NICOLAS VELASCO, individually and acting
11   in the interest of other current and former
     employees,

12
                  Plaintiffs,              No. CIV. S-08-0520 WBS EFB PS
13
                  vs.
14
     MIS AMIGOS MEAT MARKET, INC.,
15   and URIEL GONZALEZ,
                                           ORDER TO SHOW CAUSE
16                Defendants.
     _____/
17

18          This action was referred to the undersigned pursuant to Local Rule 302(c)(21) and 28

19   U.S.C. § 636(c).  Dckt. No. 56.  On June 26, 2009, this case was stayed pending resolution of

20   defendants' bankruptcy petition, case number 09-31871, filed June 10, 2009, in the United States

21   Bankruptcy Court for the Eastern District of California.  Dckt. No. 65 at 2 (citing 11 U.S.C.

22   § 362).  The June 26, 2009 order directed the parties to "notify the court within ten (10) days of

23   the resolution of the bankruptcy proceedings."  *Id.* at 3.  According to the June 26, 2009 order,

24   "[t]he matters that remain unresolved in this action are: (a) the failure of defendants to respond to

25   the court's [June 11, 2009] order to show cause, (2) the failure of defendants to file an answer

26   and status report, (3) appropriate sanctions to be levied against defendants, including whether to

                                            1

1    require reimbursement for the expenses associated with the travel and appearance of plaintiffs'

2    counsel at the [June 10, 2009 status conference] given defendants failure to inform the court or

3    plaintiffs of the bankruptcy filing, and [whether to recommend entry of] default judgment. These

4    matters shall be addressed upon termination of defendants' bankruptcy proceeding or an order

5    granting relief from the automatic stay." *Id.* at 2-3; *see also* Dckt. No. 64 at 3.

6         On September 23, 2010, plaintiffs filed a notice of the dismissal of the related bankruptcy

7    proceeding. Dckt. No. 66. The notice stated that "on June 8, 2010, the United States

8    Bankruptcy Court, Eastern District of California, dismissed the Debtor Mis Amigos Meat

9    Market, Inc.'s Chapter 11 case, Case No. 09-31871-C-7," and that "on July 23, 2010, said was

10   closed." *Id.* Therefore, on October 7, 2010, the stay entered by this court on June 26, 2009 was

11   lifted. Dckt. No. 68 (citing 11 U.S.C. § 362(c)(2)). However, because none of the parties

12   complied with the June 26 order requiring them to "notify the court within ten (10) days of the

13   resolution of the bankruptcy proceedings," the parties were ordered to show cause why they

14   should not be sanctioned for that failure, including dismissal of this case and/or the entry of

15   default judgment against defendants. *Id.* The parties were further directed to meet and confer

16   and to file a joint status report indicating the status of this action now that the stay has been lifted

17   and any outstanding issues that must be resolved by the court. *Id.*

18        On October 25, 2010, plaintiffs filed a status report, as required by the October 7, 2010

19   order, and a response to the order to show cause. Dckt. Nos. 69, 70. In the response to the order

20   to show cause, plaintiffs explained that although they filed a claim in the bankruptcy proceeding,

21   they otherwise were not substantially involved in the case, and therefore did not closely monitor

22   the bankruptcy case once it was converted from a Chapter 11 bankruptcy to a Chapter 7

23   bankruptcy. Dckt. No. 70 at 2. They apologized to the court for their inadvertence and stated

24   that they would "correct [their] approach for future bankruptcy proceedings . . . ." *Id.* at 2, 3.

25        Therefore, on November 9, 2010, the undersigned issued an order discharging the

26   October 7, 2010 order to plaintiffs to show cause. Dckt. No. 71. The order acknowledged

2

plaintiffs' statements that they have been unable to locate defendants and that defendants are in default, and informed plaintiffs that "if [they] seek default judgment against defendants, they shall notice a motion for default judgment in accordance with Local Rule 230." *Id.* at 2.

Although nearly a year and a half has passed, the docket reflects that plaintiffs have not moved for default judgment against defendants, nor have they indicated how they intend to proceed with this action. Therefore, on or before May 11, 2012, plaintiffs shall show cause, in writing, why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure of plaintiffs to respond to this order to show cause may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules.

SO ORDERED.

Dated:  April 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE