IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL VELASCO, ELIESER SERRANO,
NICOLAS VELASCO, individually and acting
in the interest of other current and former
employees,

        Plaintiffs,                        No. 2:08-cv-0520-WBS-EFB PS

        vs.

MIS AMIGOS MEAT MARKET, INC.,
and URIEL GONZALEZ,

        Defendants.                      <u>ORDER</u>
_____/

        This case was before the undersigned on June 27, 2012 for hearing on plaintiffs' motion for default judgment against defendants. Dckt. No. 74. Attorney Stanley Mallison appeared at the hearing on behalf of plaintiffs; defendants failed to appear.

        As stated on the record at the hearing, on or before July 11, 2012, plaintiffs' counsel shall file: (1) the spreadsheet that is referenced in the Mallison Declaration, Dckt. No. 76, but which was not attached thereto, as well as any documents or evidence referenced therein or other documentation that will assist the court in calculating the damages and penalties to award to plaintiffs in this action; (2) the list of employees at the Bay Point store, which plaintiff indicated at the June 27, 2012 hearing was attached as Exhibit 5 to the Mallison Declaration, but which

1  also was not attached thereto; (3) a declaration from plaintiff Elieser Serrano, if such a
2  declaration can be obtained; and (4) a supplemental declaration detailing the tasks conducted by
3  the attorneys in this case and the hours spent thereon.
4  　　　　Additionally, although the court identified at the June 27, 2012 hearing a variety of
5  subjects on which plaintiffs' counsel was to file a supplemental brief, in lieu of that supplemental
6  briefing, on or before July 25, 2012, plaintiffs' counsel shall file proposed findings and
7  recommendations granting plaintiffs' default judgment motion.  The proposed findings and
8  recommendations shall (1) clarify which claims plaintiffs seek default judgment on and who
9  those claims are brought on behalf of;[1] (2) explain why plaintiffs are entitled to default judgment
10 on those claims;[2] and (3) identify all damages and/or penalties each plaintiff is entitled to on
11 each such claim.
12 　　　　SO ORDERED.
13 Dated:  June 27, 2012.
   　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
14 　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs' counsel confirmed at the June 27, 2012 hearing that plaintiffs are not seeking default judgment on the majority of the claims in the complaint and seek to dismiss the class action claims in the complaint.

[2] The proposed findings and recommendations will therefore necessarily cover the matters on which supplemental briefing was requested.

2